OFFICE OF DISCIPLINARY COUNSEL *v.* GORMAN.

[Cite as Disciplinary Counsel *v.* Gorman (1989), 43 Ohio St. 3d 166.]

(No. 89-51—Submitted April 5, 1989—Decided June 14, 1989.)

*J. Warren Bettis,* disciplinary counsel, and *Carl J. Corletzi,* for relator.

*Per Curiam.* This court concurs in the board's findings and its recommendation. Respondent is therefore ordered permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.